# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**2:08 pm, 2/26/25**

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

      Plaintiff,

vs.

YIYANG SHEN

      Defendant.

Case Number: 24-PO-943-SAH

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ This was a Telephonic Hearing

Date: 02/26/2025   Time: 1:43 - 1:46 PM        (Telephonic)

| Stephanie A. Hambrick | Crystal Toner | Teams Audio | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Defendant(s)   Timothy Blatt

Attorney(s) for Government   Ariel Calmes

Other:

Counsel for defendant advised he will change his plea.  Change of plea hearing set 3/13 at 2:30 PM

WY 51

Rev. 11/22/2024